```
AO-10
Rev. 1/93
```

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1978, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Jones, II, Okla | 2. Court or Organization<br><br>United States District Judge<br>-Eastern District of Louisiana | 3. Date of Report<br><br>8-29-94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>United States District Judge-Active | 5. Report Type (check appropriate type)<br><br>X  Nomination, Date 8-25-94<br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period<br><br>1/1/93 - 8/25/94 |
| 7. Chambers or Office Address<br><br>421 Loyola Avenue, Room 302<br>New Orleans, LA  70112 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Co-proprietor | Commercial building, 755 Carondelet Street |
| | New Orleans, Louisiana |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | 1993 Judicial Salary | $ 72,746 |
| | Year to date 1994 Judicial Salary | $ 55,600 |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Jones, II, Okla | Date of Report<br>8-29-94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(D)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| National Mortgage Co.   (S) | Mortgage payments, Residential rental property | K |
| RTC | Mortgage payments, Commercial property | K |
| | | |
| | | |
| | | |
| | | |

\* VALUE CODES:  J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Jones, II, Okla | Date of Report<br>8-29-94 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 NYL Mainstay Mutual Fund | A | int. | J | T | | | | | |
| 2 NYL Mainstay Mutual Fund (S) | A | int. | J | T | | | | | |
| 3 (DC)<br>MFS Emerging Growth Mut. Fd. | A | div. | J | T | | | | | |
| 4 Residential Rental Property<br>1415 Elysian Fields, New (S)<br>Orleans, LA | B | rent | K | Q | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)   A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000<br>E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3)   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000<br>N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes: (See Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market<br>U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, II, Okla | 8-29-94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date ___8/29/94___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH
---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 078 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured No. 5 | | 4 | 500 |
| Listed securities—add schedule No. 3 | 12 | 512 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due No. 4 | | 11 | 100 |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable—add schedule No. 2 | | 174 | 000 |
| Real estate owned—add schedule No. 2 | 290 | 000 | Chattel mortgages and other liens payable No. 6 | | 28 | 565 |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | 41 | 575 | | | | |
| Cash value—life insurance sched No. 1 | | | | | | |
| Other assets—itemize: | | | | | | |
| Personal household items | | | | | · | |
| jewelry & artwork | 228 | 000 | | | | |
| State of LA Retirement Plan | 43 | 718 | Total liabilities | | 218 | 165 |
| | | | Net Worth | | 406 | 818 |
| Total Assets | 624 | 983 | Total liabilities and net worth | | 624 | 983 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | | Are any assets pledged? (Add schedule.) No | | | |
| On leases or contracts | None | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | None | | Have you ever taken bankruptcy? No | | | |
| Provision for Federal Income Tax | None | | | | | |
| Other special debt | None | | | | | |

Digitized by Google

## SCHEDULES

### No. 1. Life Insurance.

| Name of Person Insured | Name of Beneficiary | Name of Insurance Company | Type of Policy | Face Amount of Policy | Total Cash Surrender Value | Total Loans Against Policy | Amount of Yearly Premium | Is Policy Assigned? To Whom? |
|---|---|---|---|---|---|---|---|---|
| Okla Jones II | Carolyn Jones | Old Line Life | Term | 500,000 | | — | $1,000 | No |
| | | | | | | | | |
| | | | | | | | | |

### No. 2. Real Estate. The legal and equitable title to all the real estate listed in this statement is solely in the name of the undersigned, except as follows:

| Location City/County | Description | Mortgages or Liens | Due Dates and Amounts of Payments | Mortgage or Lien Holder | Original Cost | Present Market Value | Unpaid Taxes Year | Unpaid Taxes Amount |
|---|---|---|---|---|---|---|---|---|
| 3310 Annette | Personal Hm | 109,000 | 1st-$1,424 | Sunbelt | $150,000 | $165,000 | – | – |
| 1415 Elysian Fields | Rental-Res. | 25,000 | 1st- 424 | Natl.Mort. | 31,000 | 45,000 | – | – |
| 755 Carondelet | Commercial | 40,000 (½ownership) | 1st-500 | FDIC | 125,000 | 75,000 (½ownership) | | |
| Natchitoches Parish | Res. Lot | -00- | -00- | -00- | Gift | 5,000 | – | – |

### No. 3. Stocks and Bonds

| Face Value Bonds No. Stock Shares | Description of Security | Registered in Name Of | Cost | Present Market Value | Income Received Last Year | If Pledged State to Whom |
|---|---|---|---|---|---|---|
| 382 Shares Mainstay Mutual FH | | Carolyn Jones | $8.70 | $3,323.40 | $220.66 | – |
| 827 shares Mainstay Mutual FH | | Okla Jones, II | 8.70 | 7,194.90 | 478.29 | – |
| 104 shares NFS Emerging Growth B | | O.Jarred Jones, 111 | 14.11 | 1,993.68 | 39.04 | – |
| | | | | | | |
| | | | | | | |
| | | TOTAL | $31.51 | $12,511.98 | $737.99 | – |

No. 4   Accounts & Bills
Citibank VISA        4,700
MBNA Mastercard    1,500
Citibank VISA        4,900
                           11,100

No. 5   Notes Payable to Banks-Unsecured
Liberty Bank and Trust
                           4,500

No. 6   Chattel Mortgages and Other Liens Payable
Liberty Bank and Trust
(1991 Mercedes 190E)  10,565

Lacap Federal Credit Union
(1994  Nissan Quest Van)
                           18,000
                           28,565

Digitized by Google